PER CURIAM.
AFFIRMED. See Arnold v. State, 566 So.2d 37 (Fla. 2d DCA 1990); Roberts v. State, 559 So.2d 289 (Fla. 2d DCA), dismissed, 564 So.2d 488 (Fla.1990); King v. State, 557 So.2d 899 (Fla. 5th DCA), review denied, 564 So.2d 1086 (Fla.1990); Johnson v. State, 564 So.2d 1174 (Fla. 4th DCA 1990). Cf. Barber v. State, 564 So.2d 1169 (Fla. 1st DCA 1990).
WIGGINTON, MINER and WOLF, JJ., concur.